# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Deborah A. Schmit | § | Case No. 17-13256 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 435.13 *(Without deducting any secured claims)* | Assets Exempt: 43,200.00 |
| Total Distributions to Claimants:  6,305.84 | Claims Discharged Without Payment:  31,803.06 |
| Total Expenses of Administration:  2,080.36 | |

3) Total gross receipts of $ 8,900.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 513.80  (see **Exhibit 2**), yielded net receipts of $ 8,386.20  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,270.20 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,080.36 | 2,080.36 | 2,080.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,306.86 | 6,239.84 | 6,239.84 | 6,305.84 |
| **TOTAL DISBURSEMENTS** | $ 37,577.06 | $ 8,320.20 | $ 8,320.20 | $ 8,386.20 |

4) This case was originally filed under chapter 7 on 04/27/2017. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018              By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Forest River Wildwood Near Carbondale Illinois | 1129-000 | 7,100.00 |
| 2010 Ford Escape Mileage: 103000 Location: 206 Pleasure Driv | 1129-000 | 800.00 |
| Amount Due Pursuant To Property Settlement Agreement With Ex | 1129-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,900.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Deborah A. Schmit | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 513.80 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 513.80** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Self (401k Loan) | | 1,270.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 1,270.20 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,588.62 | 1,588.62 | 1,588.62 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 44.20 | 44.20 | 44.20 |
| Associated Bank | 2600-000 | NA | 77.93 | 77.93 | 77.93 |
| American Auctions Associates | 3620-000 | NA | 369.61 | 369.61 | 369.61 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,080.36 | $ 2,080.36 | $ 2,080.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bankamerica, Po Box 982238 El Paso, TX 79998 | | 22,282.00 | NA | NA | 0.00 |
| | Best Buy, P.O. Box 78009 Phoenix, AZ 85062 | | 1,363.00 | NA | NA | 0.00 |
| | BH Martial Arts, c/o Global Financial Inc. PO Box 5066 Lutherville Timonium, MD 21094-5066 | | 2,322.00 | NA | NA | 0.00 |
| | Bk Of Amer, Po Box 982238 El Paso, TX 79998 | | 3,162.00 | NA | NA | 0.00 |
| | BP, P.O. Box 530942 Atlanta, GA 30353 | | 1,103.86 | NA | NA | 0.00 |
| | Cap1/dbarn, Po Box 30253 Salt Lake City, UT 84130 | | 300.00 | NA | NA | 0.00 |
| 1 | Capital One, N.A. | 7100-000 | 3,025.00 | 3,214.66 | 3,214.66 | 3,214.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Portfolio Recovery Associates, Llc | 7100-000 | 1,229.00 | 1,362.95 | 1,362.95 | 1,362.95 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | 1,520.00 | 1,662.23 | 1,662.23 | 1,662.23 |
|  | Capital One, N.A. | 7990-000 | NA | NA | NA | 34.00 |
|  | Portfolio Recovery Associates, Llc | 7990-000 | NA | NA | NA | 14.42 |
|  | Quantum3 Group Llc As Agent For | 7990-000 | NA | NA | NA | 17.58 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 36,306.86 | $ 6,239.84 | $ 6,239.84 | $ 6,305.84 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-13256 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Deborah A. Schmit | | | | Date Filed (f) or Converted (c): | 04/27/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/15/2017 |
| For Period Ending: | 08/01/2018 | | | | Claims Bar Date: | 11/22/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2010 Ford Escape Mileage: 103000 Location: 206 Pleasure Driv | 2,735.00 | 800.00 | | 800.00 | FA |
| 2. 2006 Forest River Wildwood Near Carbondale Illinois | 8,000.00 | 8,000.00 | | 7,100.00 | FA |
| 3. Household Goods And Furnishings Location: 206 Pleasure Drive | 275.00 | 0.00 | | 0.00 | FA |
| 4. Tv And Computer Location: 206 Pleasure Drive, Yorkville Il 6 | 75.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel Location: 206 Pleasure Drive, Yorkville Il 6 | 800.00 | 0.00 | | 0.00 | FA |
| 6. Chase Bank | 85.13 | 0.00 | | 0.00 | FA |
| 7. 401K | 36,000.00 | 0.00 | | 0.00 | FA |
| 8. Amount Due Pursuant To Property Settlement Agreement With Ex | 5,000.00 | 1,000.00 | | 1,000.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $52,970.13  $9,800.00  $8,900.00  $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee will liquidate the Debtor's vehicles. Order entered authorizing employment of Auctioneer entered 9/1/17.

Initial Projected Date of Final Report (TFR): 02/28/2018        Current Projected Date of Final Report (TFR): 02/28/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-13256 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Deborah A. Schmit | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1809 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/17 | | Deborach Schmit<br>206 Pleasure Drive<br>Yorkville, IL 60560 | Settlement Payment | | $1,800.00 | | $1,800.00 |
| | | | Gross Receipts  $1,800.00 | | | | |
| | 1 | | 2010 Ford Escape Mileage: 103000 Location: 206 Pleasure Driv  $800.00 | 1129-000 | | | |
| | 8 | | Amount Due Pursuant To Property Settlement Agreement With Ex  $1,000.00 | 1129-000 | | | |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,790.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,780.00 |
| 12/04/17 | | american auction associates, inc.<br>508 West Brittany Drive<br>Arlington Heights, Illinois | Sale Proceeds | | $6,730.39 | | $8,510.39 |
| | | | Gross Receipts  $7,100.00 | | | | |
| | | American Auctions Associates | Auctioneer Expenses  ($369.61) | 3620-000 | | | |
| | 2 | | 2006 Forest River Wildwood Near Carbondale Illinois  $7,100.00 | 1129-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,500.39 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.35 | $8,489.04 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.62 | $8,476.42 |
| | | | Page Subtotals: | | $8,530.39 | $53.97 | |

UST Form 101-7-TDR (10/1/2010)   *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-13256 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Deborah A. Schmit | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1809 |
| | | | Checking |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.38 | $8,465.04 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.58 | $8,452.46 |
| 06/15/18 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,632.82 | $6,819.64 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,588.62) | 2100-000 | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($44.20) | 2200-000 | | |
| 06/15/18 | 5002 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $3,248.66 | $3,570.98 |
| | | | | ($34.00) | 7990-000 | | |
| | | Capital One, N.A. | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($3,214.66) | 7100-000 | | |
| 06/15/18 | 5003 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,679.81 | $1,891.17 |
| | | | | ($17.58) | 7990-000 | | |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($1,662.23) | 7100-000 | | |
| 06/15/18 | 5004 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Bp)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $1,377.37 | $513.80 |

| | | | Page Subtotals: | | $0.00 | $7,962.62 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-13256 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Deborah A. Schmit | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1809 |
| | | | Checking |
| Taxpayer ID No: | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/01/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($14.42) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 3 representing a payment of 100.00 % per court order. ($1,362.95) | 7100-000 | | | |
| 06/15/18 | 5005 | Deborah A. Schmit<br>206 PLEASURE DRIVE<br>YORKVILLE, IL  60560 | Distribution of surplus funds to debtor. | 8200-002 | | $513.80 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $8,530.39 | $8,530.39 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,530.39 | $8,530.39 |
| Less: Payments to Debtors | $0.00 | $513.80 |
| Net | $8,530.39 | $8,016.59 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals: $0.00    $513.80

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1809 - Checking | $8,530.39 | $8,016.59 | $0.00 |
| | $8,530.39 | $8,016.59 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $369.61 |
| Total Net Deposits: | $8,530.39 |
| Total Gross Receipts: | $8,900.00 |

Page Subtotals:　　$0.00　　$0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*